```
1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     cbrancart@brancart.com
      Liza Cristol-Deman (SBN 190516)
3     lcristoldeman@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:  (650) 879-0141
5  Fax:  (650) 879-1103

6  Attorneys for Plaintiffs
```

FILED
10 NOV -3 AM 12:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY, INC., GABRIELA LOPEZ, and ELSY QUEVEDO,<br><br>Plaintiffs,<br><br>vs.<br><br>SANFORD A. KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; CAROLYN KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; STATEWIDE MANAGEMENT, INC., and MIGUEL DELOYA,<br><br>Defendants. | Case No. CV10 8317 ODW (JEMx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, plaintiffs hereby provide their certification and notice of interested parties. The following listed parties have a pecuniary interest in the outcome of this case:

    Plaintiff Fair Housing Council of San Fernando Valley;

    Plaintiff Gabriela Lopez;

    Plaintiff Elsy Quevedo;

    Defendant Sanford Katz, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979;

Defendant Carolyn Katz, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979;

Defendant Statewide Management; and,

Defendant Miguel Deloya.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: November 1, 2010.

Respectfully submitted,

BRANCART & BRANCART

\s\ Christopher Brancart
Christopher Brancart
cbancart@brancart.com
Attorneys for Plaintiffs