1  MICHAEL J. O'CONNOR, ESQ. – State Bar No. 087381
   **EARLY, MASLACH & VAN DUECK**
2  700 S. Flower Street, Suite 2800
   Los Angeles, CA 90017
3  Phone: (213) 615-2500
   Fax: (213) 615-2698
4
   Attorney for Defendants,
5  SANFORD A. KATZ, AS TRUSTEE OF SANFORD A. KATZ AND CAROLYN R.
   KATZ INTER-VIVOS TRUST OF 1979; CAROLYN KATZ, AS TRUSTEE OF
6  SANFORD A. KATZ AND CAROLYN R. KATZ INTER-VIVOS TRUST OF 1979;
   STATEWIDE MANAGEMENT, INC., AND MIGUEL DELOYA
7

8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  FAIR HOUSING COUNCIL OF SAN        Case No.: CV10 - 8317ODW (JEMX)
    FERNANDO VALLEY, INC., GABRIELA
14  LOPEZ, AND ELSY QUEVEDO,           **NOTICE OF INTERESTED PARTIES**

15          Plaintiffs,

16          vs.

17  SANFORD A. KATZ, AS TRUSTEE OF
    SANFORD A. KATZ AND CAROLYN R.
18  KATZ INTER-VIVOS TRUST OF 1979;
    CAROLYN KATZ, AS TRUSTEE OF
19  SANFORD A. KATZ AND CAROLYN R.
    KATZ INTER-VIVOS TRUST OF 1979;
20  STATEWIDE MANAGEMENT, INC.,
    AND MIGUEL DELOYA,
21          Defendants.

22

23

24          The undersigned, counsel of record for defendants, SANFORD A. KATZ, AS

25  TRUSTEE OF SANFORD A. KATZ AND CAROLYN R. KATZ INTER-VIVOS
    TRUST OF 1979; CAROLYN KATZ, AS TRUSTEE OF SANFORD A. KATZ AND
26  CAROLYN R. KATZ INTER-VIVOS TRUST OF 1979; STATEWIDE
    MANAGEMENT, INC., AND MIGUEL DELOYA, certifies that the following
27  listed parties have a direct, penuniary interest in the outcome of this case.
    These representations are made to enable the Court to evaluate possible
28  disqualification or recusal.

---

**NOTICE OF INTERESTED PARTIES** - 1

1.  Plaintiff: FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY, INC

2.  Plaintiff:  GABRIELA LOPEZ

3.  Plaintiff:  ELSY QUEVEDO

4.  Defendant:  SANFORD A. KATZ

5.  Defendant:  CAROLYN KATZ

6.  Defendant:  STATEWIDE MANAGEMENT, INC

7.  Defendant:  MIGUEL DELOYA

8.  FARMERS INSURANCE EXCHANGE.


DATED: January 6, 2011                    EARLY, MASLACH & VAN DUECK

                                          BY: _____
                                          MICHAEL J. O'CONNOR, ESQ.
                                          Attorney for Defendants,
                                          SANFORD  A.  KATZ,  AS  TRUSTEE  OF
                                          SANFORD  A.  KATZ  AND  CAROLYN  R.
                                          KATZ  INTER-VIVOS  TRUST  OF  1979;
                                          CAROLYN   KATZ,   AS   TRUSTEE   OF
                                          SANFORD  A.  KATZ  AND  CAROLYN  R.
                                          KATZ  INTER-VIVOS  TRUST  OF  1979;
                                          STATEWIDE  MANAGEMENT,  INC.,  AND
                                          MIGUEL DELOYA

Re: <u>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; ET AL. v. SA KATZ; ET AL.</u>
Case Number:  CV10 - 8317ODW (JEMx)

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is 700 S. Flower Street, Suite 2800, Los Angeles, CA 90017.  On January ___, 2011, I served the following document(s):

### NOTICE OF INTERESTED PARTIES

X   by placing the document(s) listed above in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices.

_____   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

_____   By causing a true copy thereof to be personally delivered to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

Executed on January ___, 2011, at Los Angeles, California.

_____
LISA N. MONROE

Re: <u>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY; ET AL. v. SA</u>
<u>KATZ; ET AL.</u>
Case Number:  CV10 - 8317ODW (JEMx)

### **<u>SERVICE LIST</u>**

Christopher Brancart, Esq.
Brancart & Brancart
P.O. Box 686
Pescadero, CA  94060
Attorney for Plaintiff, Fair Housing Council of San Fernando Valley
Phone: (650) 879-0141
Fax: (650) 879-1103