UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8317 ODW(JEMx) | Date | February 23, 2011 |
|---|---|---|---|
| Title | Fair Housing Council of San Fernando Valley, Inc. et al v. Sanford A. Katz et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **Order Vacating Scheduling Conference**

The Court is in receipt of the parties' Joint Rule 26(f) Report. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently set for February 28, 2011 at 1:30 p.m. is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue.

IT IS SO ORDERED.

                                                                                                  :     00

                                                                  Initials of Preparer     RGN