CASE CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY, INC., GABRIELA LOPEZ, and ELSY QUEVEDO,<br><br>Plaintiffs,<br><br>vs.<br><br>SANFORD A. KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; CAROLYN KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; STATEWIDE MANAGEMENT, INC., and MIGUEL DELOYA,<br><br>Defendants. | Case No.  CV 10-8317-ODW(JEMx)<br><br>**CONSENT DECREE RE DEFENDANT MIGUEL DELOYA** |

## I. INTRODUCTION

This action was brought by plaintiffs Gabriela Lopez, Elsy Quevedo and the Fair Housing Council of San Fernando Valley (FHCSFV) alleging that defendants Sanford Katz, Carolyn Katz, Statewide Management, Inc. and Miguel Deloya violated the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* and related state laws. Specifically, plaintiffs allege that defendants, acting through their agent, Miguel Deloya, engaged in a pattern or practice of discrimination and harassment against

female tenants on the basis of sex in connection with their ownership and operation of the Lanark Court Apartments, located at 21715 Lanark Street in Canoga Park, California. Defendants have denied all material allegations in this action.

Plaintiffs and defendants have agreed that in order to avoid protracted and costly litigation, the controversy should be resolved without trial or adjudication on the merits, and therefore have consented to the entry of this decree and order. By entering into this consent decree, defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

It is hereby ORDERED, ADJUDGED, and DECREED that:

## II. COMPANION DECREE RE ALL DEFENDANTS

1. Nothing in this consent decree shall be construed to limit or enlarge the application or effect of the consent decree re all defendants entered in this action on behalf of all defendants.

2. By stipulating to the entry of this decree, defendant Miguel Deloya agrees that within 30 days of entry of this decree, defendant Miguel Deloya shall cease and desist from any management of any rental dwelling.

3. By stipulating to the entry of this decree, defendant Miguel Deloya agrees that within 30 days of entry of this decree that defendant Miguel Deloya shall cease and desist from any contact with any present or former female tenant of the Lanark Court Apartments and any females who become tenants of the Lanark Court Apartments subsequent to the entry of this decree, excluding his family members.

## III. NOTIFICATION OF COMPLIANCE

4. Defendant Deloya shall provide the Fair Housing Council of San Fernando Valley, 8134 Van Nuys Blvd., Suite 206, Panorama City, CA 91402, with a certificate of compliance with the terms of this decree within 90 days of entry, and shall retain the original in their records. This notice may be accomplished by way of a letter to the FHCSFV.

## IV. NO RETALIATION

5. The parties hereby acknowledge that it is unlawful to retaliate against any person because that person has made a complaint, testified, assisted, or participated in any manner in a proceeding under the Fair Housing Act.

## V. DURATION AND ENFORCEMENT

6. This decree shall be in effect for a period of four years from the date of entry. It will terminate at the end of the four-year period without the need for any further action by the Court or the parties.

7. The Court shall retain jurisdiction for the purposes of enforcement of the terms of this decree. The parties shall attempt in good faith to resolve any disputes that arise under the terms of this decree. Only after good faith attempts have been exhausted will the parties request the assistance of the Court in resolving such disputes.

Ordered this __8th__ day of _December_, 2011.

_____
Honorable Otis D. Wright
United States District Judge

-3-