case closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY, INC., GABRIELA LOPEZ, and ELSY QUEVEDO,

Plaintiffs,

vs.

SANFORD A. KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; CAROLYN KATZ, as trustee of Sanford A. Katz and Carolyn R. Katz Inter-Vivos Trust of 1979; STATEWIDE MANAGEMENT, INC., and MIGUEL DELOYA,

Defendants.

Case No. CV 10-8317-ODW(JEMx)

~~[PROPOSED]~~ ORDER AMENDING CONSENT DECREES

Based upon the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the consent decree

///

///

///

///

///

///

entitled "Consent Decree Re All Defendants" (doc no. 33) and its companion decree entitled "Consent Decree Re Defendant Miguel Deloya" (doc no. 40) are amended as follows:

(1) The duration of each decree shall be three years from the entry of that decree, and;

(2) The deadline by which defendant Miguel Deloya must "cease and desist from any management of any rental dwelling," and "from any contact with any present or former female tenant of the Lanark Court Apartments" is continued from 30 to 60 days after the date of entry of "Consent Decree re All Defendants" (doc. 33).

IT IS SO ORDERED.

Dated: December 27, 2011

HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE